**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | | |
| | : | **Case No. 5:21-cr-00361-JDW** |
| **v.** | : | |
| | : | |
| **VICTOR LUIS RIVERA** | : | |
| **USM: 64647-509** | : | |

## ORDER

**AND NOW**, this 17th day of October, upon consideration of Defendant Victor Luis

Rivera's Motion To Withdraw Guilty Plea On Count One (ECF No. 32), and for the reasons

set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1.      Mr. Rivera's Motion To Withdraw Guilty Plea On Count One (ECF No. 32) is

**GRANTED**;

2.      Mr. Rivera's guilty plea as to Count 1 of the Indictment is **WITHDRAWN**;

and

3.      To the extent Mr. Rivera intends to file a Motion to Dismiss Count 1 of the

Indictment, he may do so on or before November 3, 2023.

                                        **BY THE COURT:**


                                        _/s/ Joshua D. Wolson_
                                        JOSHUA D. WOLSON, J.